NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EPLUS, INC.,**
*Plaintiff-Appellee,*

v.

**LAWSON SOFTWARE, INC.,**
*Defendant-Appellant.*

---

2011-1396

---

Appeal from the United States District Court for the Eastern District of Virginia in case no. 09-CV-0620, Senior Judge Robert E. Payne.

-------------------------------------------------------------------------

**EPLUS, INC.,**
*Plaintiff-Appellant,*

v.

**LAWSON SOFTWARE, INC.,**
*Defendant-Appellee.*

---

2011-1456

---

Appeal from the United States District Court for the Eastern District of Virginia in case no. 09-CV-0620, Senior Judge Robert E. Payne.

---

**ON MOTION**

---

## O R D E R

The court construes Lawson Software, Inc.'s letter dated June 30, 2011, as a motion to deconsolidate Appeal Nos. 2011-1396 and 2011-1456, and to deactivate Appeal No. 2011-1456. ePlus, Inc. opposes the deactivation of Appeal No. 2011-1456 only. The court construes ePlus's July 7, 2011 letter as a motion to deactivate Appeal No. 2011-1396 if the court deactivates Appeal No. 2011-1456, which Lawson opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Lawson's motion to deconsolidate Appeal Nos. 2011-1396 and 2011-1456 is granted. The revised separate captions are reflected above.

(2) Lawson's motion to deactivate Appeal No. 2011-1456 is granted. The parties are directed to promptly notify this court when the post-judgment motions are decided and the appeal will be reactivated.

(3) ePlus's motion to deactivate Appeal No. 2011-1396 is denied.

3

FOR THE COURT

<u>JUL 1 4 2011</u>
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Donald R. Dunner, Esq.
     Scott L. Robertson, Esq.

s23

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 1 4 2011

JAN HORBALY
CLERK